IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ERIC ZEECE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CV3108 |
| | ) | |
| v. | ) | |
| | ) | JUDGMENT OF DISMISSAL |
| CSC CREDIT SERVICES, Inc., | ) | |
| BARCLAYS BANK DELAWARE, and | ) | |
| TRANS UNION, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the parties' joint stipulation (filing 37) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorney fees.

DATED this 7th day of October, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge