# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| ERIC ZEECE,  ) | CASE NO. 4:11-cv-03108-CRZ |
|     Plaintiff,  ) | |
| ) | |
| vs.  ) | **JUDGMENT OF DISMISSAL** |
| ) | **(DEFENDANT TRANS UNION, LLC ONLY)** |
| ) | |
| CSC CREDIT SERVICES, INC.;  ) | |
| TRANS UNION, LLC; and  ) | |
| BARCLAYS BANK DELAWARE;  ) | |
|     Defendants.  ) | |

Plaintiff Eric Zeece, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice, (filing no. 43), AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Eric Zeece against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Eric Zeece and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: October 18, 2011

_____
United States Magistrate Judge