## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ERIC ZEECE, | ) | |
| | ) | |
| **Plaintiff,** | ) | **4:11-cv-03108-CRZ** |
| | ) | |
| **v.** | ) | **JUDGMENT OF DISMISSAL** |
| | ) | |
| | ) | |
| **BARCLAYS BANK DELAWARE,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

Pursuant to the parties' joint stipulation (filing 47) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorney fees.

December 8, 2011.

s/ Cheryl R. Zwart
United States Magistrate Judge

1